UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


NLB CORP.,

        Plaintiff,

                              CASE NO. 4:10-CV-13297

v.

                              HONORABLE MARK A. GOLDSMITH

STONEAGE, INC.,

        Defendant.
_____/


## MINUTE ENTRY AND ORDER

        The Court held a telephonic status conference on Wednesday, April 6, 2011 to discuss the Joint Motion for Extension of Time to File Response / Reply (Docket Entry 8).  Counsel informed the Court of the possible companion case filed in the United States District Court for the Eastern District of Texas that had been transferred to the United States District Court for the Eastern District of Michigan and was assigned to Judge Lawrence Zatkoff.  Judge Zatkoff has agreed with the undersigned District Judge that the cases are companion cases and that case, number 2:11-cv-11278, is being reassigned to the undersigned District Judge.

        It is ORDERED that the telephonic status conference be continued to

**Friday, April 15, 2011 at 2:00pm.**

        Furthermore, an extension of time is granted to respond to Complaint.  A Response is due April 22, 2011.


**Matt Jakubowski, attorney for Plaintiff, shall initiate the telephonic status conference call and then include the Court when all parties are on the line by calling (810) 341-7060.**


Dated: April 8, 2011                MARK A. GOLDSMITH
      Flint, Michigan              UNITED STATES DISTRICT JUDGE